UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| RANDALL B. HOFLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-09-218-B-W |
| | ) | |
| MIKE WESTRUM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed

June 1, 2009, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Complaint (Docket # 1) be and

hereby is DISMISSED.

SO ORDERED.


/s/ John A. Woodcock, Jr._____
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 3rd day of August, 2009